IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**ARIAN LAMONT BROWN,**

    Petitioner,

v.                      **CIVIL ACTION NO.: 3:23-CV-104 (GROH)**

**R. BROWN,**

    Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On April 21, 2023, the *pro se* Petitioner initiated the above-styled habeas corpus action, by filing a court-approved form for a habeas corpus petition. ECF No. 1. On June 6, 2023, the Court denied the Petitioner's motion to proceed without prepayment of fees and directed the Petitioner to pay the filing fee of $5.00 within fourteen days. ECF No. 9. The Court further notified the Petitioner that failure to pay the filing fee within fourteen days could result in a dismissal of this action without prejudice. Id.

The Petitioner accepted service for the order on June 12, 2023. ECF No. 10. More than fourteen days have elapsed since the Petitioner accepted service for the order directing him to pay the filing fee within fourteen days, but the Petitioner has failed to pay the fee as directed.

Accordingly, it is **ORDERED** that 3:23-CV-104 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court.

It is further **ORDERED** that the Petitioner's pending motion [ECF No. 11] is **TERMINATED** as **MOOT**.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: July 6, 2023

*[signature]*
GINA M. GROH
UNITED STATES DISTRICT JUDGE